# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

**FILED**
AUG 18 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.
Trustee

Bonnie Baker, Esq.
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

August 17, 2010

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

RECEIVED
AUG 18 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Re:  07-60407      Nathan & Bridget Mosher

To Whom It May Concern:

Enclosed please find check #**809127** in the amount of **$1.18**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.     2

Account#      3079237420

Creditor      Kay Jewelers
              c/o Weltman, Weinberg & Reis
              POB 6403
              Carol Stream, IL 60197

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli